**LAW OFFICE OF RANDALL S. PERRIER**

4606 FM 1960 West
Suite 101
Houston, Texas 77069
281.440.8066
FAX 832.201.7920
randall@perrierlaw.com

March 3, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR - 9 2015

CHRISTOPHER A. PRINE
CLERK

Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, TX 77002-2066

To Whom it May Concern:

Enclosed is $1.00 for a CD-rom of the clerk's record in the case:
Case No. 01-14-000928-CV

Style:  Douglas Moran, Royal Bodkin LLC and Woolworth Interest LLC v. Richard Williamson d/b/a Williamson Realty Jerry J Galvan

Please contact our office with any questions or concerns.

Respectfully,

Tilly Kamin
Assistant to Randall S. Perrier

00106199.DOCX.1



LAW OFFICE OF RANDALL PERRIER
4606 FM 1960 RD W STE 101
HOUSTON, TX 77069

9100 9902 0200

Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston TX 77002-2066

30383

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAR - 9 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

$0.480
US POSTAGE
FIRST-CLASS
FROM 77069
MAR 05 2015
stamps.com